# GREENWALD·DOHERTY
**Attorneys at Law**

30 Ramland Road, Suite 201 Orangeburg, New York 10962    TEL: 845.589.9300    FAX: 845.638.2707

September 21, 2018

**VIA ECF**
Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**   **William Malia v. Thruway Direct, et al.**
              **Case No.: 2:17-cv-05155 (WJM)(MF)**

Dear Judge Falk:

    This firm represents Defendant Thruway Direct in the above captioned matter. We received a copy of the letter that was filed yesterday by Mr. Zayas, requesting a sixty (60) day administrative dismissal.

    We consent to the request and wish Mr. Zayas all the best in his treatment and recovery.

    Thank you for your courtesy and attention to this matter.

                  Very truly yours,

                  *s/ Kevin M. Doherty*
                  Kevin M. Doherty, Esq.
                  KD@GreenwaldLLP.com

| 545 5th Avenue | 1 Bridge Plaza North | 1650 Market Street | 263 Tresser Blvd | 110 E Broward Blvd | 11601 Wilshire Blvd |
|---|---|---|---|---|---|
| Suite 640 | 2nd Floor | 36th Floor | 9th Floor | Suite 1700 | 5th Floor |
| New York, NY 10017 | Fort Lee, NJ 07024 | Philadelphia, PA 19103 | Stamford, CT 06901 | Ft. Lauderdale, FL 33301 | Los Angeles, CA 90025 |
| TEL 212.644.1310 | TEL 201.862.9644 | TEL 215.575.1180 | TEL 203.328.7598 | TEL 754.203.5550 | TEL 424.269.5550 |

firm.greenwaldllp.com     www.greenwaldllp.com

*Please Respond to the Orangeburg Office Above*