# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIAM MALIA,**  Plaintiff,  v.  **AMAZON.COM, INC. et al.,**  Defendants. | Civ. No. 17-cv-05155 (WJM)  **ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff's motion to strike Defendants Thruway Direct's Answer and enter default judgment. ECF No. 55. On November 12, 2019, Magistrate Judge Mark Falk issued a Report and Recommendation recommending that the Answer of Thruway Direct be stricken and default entered. ECF No. 56. No objections were filed.

**IT IS** on this 3rd, day of December, 2019, hereby **ORDERED** that:

(1) The Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court;

(2) Defendants Thruway Direct and All Points Courier Service, Inc.'s Answer to the Second Amended Complaint, ECF 29, is **STRICKEN**; and

(3) The Clerk is **DIRECTED** to enter a default as to Thruway Direct and All Points Courier Service, Inc for failure to comply with a Court order.

                                              /s/ William J. Martini  
                                        **WILLIAM J. MARTINI, U.S.D.J.**